FILED

SEP - 5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 5:24 CR 00313 |
| | ) | |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| DREW H. GOSHORN, | ) | Sections 922(g)(1), 922(o), |
| | ) | 924(a)(2), and 924(a)(8) |
| Defendant. | ) | **JUDGE NUGENT** |

COUNT 1
(Illegal Possession of Machineguns, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about December 26, 2023, in the Northern District of Ohio, Eastern Division, Defendant DREW H. GOSHORN did knowingly possess machineguns, to wit: a Glock Model 20 Gen 4, 10mm caliber pistol, bearing serial number BPTG519, with an installed conversion device, and a conversion device that is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 2
(Felon in Possession of Firearms and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about December 26, 2023, in the Northern District of Ohio, Eastern Division, Defendant DREW H. GOSHORN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Trafficking in Heroin, on or about September 9, 2015, in case number 15CRS051783, in the

Cabarrus County, North Carolina, General Court of Justice, Superior Court Division, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Glock Model 20 Gen 4, 10mm caliber pistol, bearing serial number BPTG519, with an installed conversion device, and ammunition, said firearm and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 through 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant DREW H. GOSHORN shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.